UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL JOHN MODENA,

    Petitioner,

Case No. 1:09-cr-1034

v.

HONORABLE PAUL L. MALONEY

MIKE MERCER,

    Respondent.
_____/


## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date: January 20, 2010                      /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge